

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00605-CR

Julian Andrew **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5210
The Honorable Laura Lee Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 26, 2018.

_____
Irene Rios, Justice